IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| JEREMY MONNESS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| HUNTER WARFIELD, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

NOW COMES Plaintiff, Jeremy Monness, by and through undersigned counsel, and for his complaint against the Defendant, Hunter Warfield, Inc., Plaintiff states as follows:

### I.    PRELIMINARY STATEMENT

1.  This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act 15 U.S.C. § 1692 *et seq.* ("FDCPA").

### II.    JURISDICTION & VENUE

2.  Jurisdiction arises under 15 U.S.C. § 1692 and pursuant to 28 U.S.C. § 1331.

3.  Venue is proper in this District in that Plaintiff resides here, Defendant transacts business here, and the conduct complained of occurred here.

### III.    PARTIES

4.   Jeremy Monness ("Plaintiff") is a natural person who resides in Wichita, Kansas.

5.  Plaintiff is a "consumer" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(3).

6.  Hunter Warfield, Inc. ("HW") is a business entity engaged in the collection of consumer debt within the State of Kansas.

7.  HW is a "debt collector" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(6).

## IV.    ALLEGATIONS

8.  The debt allegedly owed by Plaintiff was incurred primarily for personal, family, or household services and is therefore a "debt" as that term is defined by the FDCPA, 15. U.S.C. § 1692a(5).

9.  On or about July 12, 2020, Plaintiff retained counsel to assist in ensuring the information listed on his credit report was accurate.

10. As a part of Plaintiff's representation, on or about August 27, 2020, Plaintiff's counsel sent notice of representation to Plaintiff's creditors, including to HW.

11. On or about September 5, 2020, an employee for HW signed for receipt of Plaintiff's counsel's letter.

12. Notwithstanding Plaintiff's representation, HW persisted in contacting Plaintiff directly, including but not limited to telephone calls initiated on September 25, 2020, October 1, 2020, October 5, 2020 and November 9, 2020.

13. These communications by HW violated 15 U.S.C. § 1692c(a)(2), in that HW contacted a consumer after receiving notice that the consumer was represented by an attorney.

## V.    JURY DEMAND

14. Plaintiff is entitled to and hereby respectfully demands a trial by jury on all issues so triable.

## VI.    <u>PRAYER FOR RELIEF</u>

WHEREFORE Plaintiff Jeremy Monness respectfully prays for judgment in his

favor and against HW as follows:

a.    All actual compensatory damages suffered pursuant to 15 U.S.C. §

1692k(a)(1) from HW and for Plaintiff;

b.    Statutory damages of $1,000.00 pursuant to 15 U.S.C. §

1692k(a)(2)(A) from HW and for Plaintiff;

c.    Plaintiff's attorneys' fees and costs pursuant to 15 U.S.C. §

1692k(a)(3) from HW and for Plaintiff;

d.    Any other relief deemed appropriate by this Honorable Court.


Respectfully submitted,


By:  /s/ Andrew M. Esselman
Andrew M. Esselman #26113
Credit Law Center, LLC
4041 NE Lakewood Way, Suite 200
Lee's Summit, MO  64064
Telephone:  816-246-7800
Facsimile:   855-523-6884
andrewe@creditlawcenter.com
Attorney for Plaintiff